UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELIA DEL CARMEN MAY CAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 16-cv-05771-YGR<br><br>AMENDED<br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

This case was recently reassigned to the undersigned. Taking into consideration the most recent case management statement (Dkt. No. 27), the fact that this case has been pending since October 7, 2016, and this Court's management of its own trial calendar, the deadlines in this case are **RESET** as follows:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, January 29, 2018 at 2:00 p.m. |
| REFERRED TO ADR TO BE COMPLETED BY: | December 8, 2017.<br>As Magistrate Judge Cousins was reassigned to San Jose, a new referral shall issue for a magistrate judge to conduct a mandatory settlement conference. |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | None without Court approval. |
| NON-EXPERT DISCOVERY CUTOFF: | February 1, 2018 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: February 23, 2018<br>Rebuttal: March 9, 2018 |
| EXPERT DISCOVERY CUTOFF: | March 23, 2018 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | May 15, 2018 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, July 13, 2018 at 9:01 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| JOINT PRETRIAL CONFERENCE STATEMENT: | July 20, 2018 |
| PRETRIAL CONFERENCE: | Friday, August 3, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, August 20, 2018 at 8:30 a.m. for 7 days<br>(Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, July 13, 2018, at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: August 15, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge