1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   CHERYL ADAMS, State Bar #164194
    Chief Trial Deputy
3   SEAN F. CONNOLLY, State Bar #152235
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, Sixth Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-3863
6   Facsimile:    (415) 554-3837
    E-Mail:       sean.connolly@sfgov.org

7

8   Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
9   OFFICER MICHAEL MELLONE, AND
    SGT. NATE STEGER

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  FIDELIA DEL CARMEN MAY CAN, an individual, ROSANA GUADALUPE GONGORA MAY, an individual, LUIS RODOLFO GONGORA MAY, an individual, ANGEL DE JESUS MAY, an individual, as individuals and co-successors-in-interest to Decedent LUIS DEMETRIO GONGORA PAT, | Case No. 16-cv-05771 YGR |
| Plaintiffs, | **STIPULATION AND CONSENT PURSUANT TO 28 U.S.C. §636 TO MAGISTRATE JUDGE JOSEPH C. SPERO** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; MICHAEL MELLONE, individually and in his capacity as a City of San Francisco Police Officer; NATE STEGER, individually and in his capacity as a City of San Francisco Police Sergeant; and DOES 1-50, inclusive, | |
| Defendants. | |

1    In accordance with the provisions of 28 U.S.C. §636(c), the parties voluntarily consent to have

2    a United States magistrate judge conduct all further proceedings in this case, including trial and entry

3    of final judgment.   The parties further understand that appeal from the judgment shall be taken

4    directly to the United States Court of Appeals for the Ninth Circuit.

5    The parties have met and conferred and in accordance with the above cited provision hereby

6    stipulate and consent to Magistrate Judge Joseph C. Spero for all further proceedings in this case.

7

8    Dated:  November 15, 2017

9                                                    DENNIS J. HERRERA
                                                     City Attorney
10                                                   CHERYL ADAMS
                                                     Chief Trial Deputy
11                                                   SEAN F. CONNOLLY
                                                     Deputy City Attorney
12

13                                          By: _/s/ Sean F. Connolly_____
14                                              SEAN F. CONNOLLY

15                                          Attorneys for Defendants
                                            CITY AND COUNTY OF SAN FRANCISCO,
16                                          MICHAEL MELLONE, AND NATE STEGER

17
     Dated:  November 15, 2017
18

19

20                                          LAW OFFICES OF JOHN L. BURRIS

21                                          By: _/s/ Adante Pointer_____
22                                              ADANTE POINTER

23                                          Attorneys for Plaintiffs

24

25

26

27

28