United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELIA DEL CARMEN MAY CAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 16-cv-05771-YGR <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES** <br><br> Re: Dkt. No. 41 |

Pursuant to Local Rule 72-1 and the consent of the parties, this matter is referred for assignment to Magistrate Judge Joseph C. Spero for all purposes including trial and entry of judgment.

The parties will be advised of the date, time and place of the next appearance by notice from Judge Spero.

**IT IS SO ORDERED.**

Dated: November 21, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

cc: MagRef Email ; MJ Spero