1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
3 | SEAN F. CONNOLLY, State Bar #152235
REBECCA A. BERS, State Bar #287111
4 | Deputy City Attorneys
Fox Plaza
5 | 1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
6 | Telephone:    (415) 554-3863 (Connolly)
Telephone:    (415) 554-4224 (Bers)
7 | Facsimile:    (415) 554-3837
E-Mail:        sean.connolly@sfcityatty.org
8 | E-Mail:        rebecca.bers@sfcityatty.org

9 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
10 | OFFICER MICHAEL MELLONE, AND
SGT. NATE STEGER

12 | JOHN L. BURRIS, Esq. SBN 69888
ADANTÉ D. POINTER Esq. SBN 236229
13 | DEWITT M. LACY, Esq. SBN 258789
MELISSA C. NOLD, Esq. SBN 301378
14 | **LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
15 | 7677 Oakport Street, Suite 1120
Oakland, California 94621
16 | Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
17 | john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
18 | dewitt.lacy@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELIA DEL CARMEN MAY CAN, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.<br><br>Defendants. | Case No. 16-cv-05771 JCS<br><br>**JOINT FURTHER CASE MANAGEMENT STATEMENT; STIPULATED REQUEST FOR NEW PRETRIAL DEADLINES AND TRIAL DATE**<br><br>Hearing Date:   September 21, 2018<br>Time:           10:00 a.m.<br>Place:          Courtroom G, 15th Floor<br>Trial:          April 30, 2019 |

## **STATUS OF CASE SINCE LAST CASE MANAGEMENT CONFERENCE**

Deputy City Attorney Sean Connolly, lead trial counsel for defendants in this case, remains on medical leave until October 1, 2018, at which time he will return to work in a limited capacity. As set forth in the Declaration of Cheryl Adams filed under seal and in support of this statement, the earliest Mr. Connolly is able to start trial is April of 2019.

As the parties have previously informed the Court, Mr. Connolly, as well as counsel for Plaintiff, Adante Pointer, are also lead trial counsel in *Woods v. City and County of San Francisco, et al.* United States District Court No. 15-cv-05666 WHO. *Woods* was scheduled for trial before Judge Orrick, November 5, 2018. In light of Mr. Connolly's unavailability, upon stipulation of the parties, Judge Orrick set a new trial date of April 1, 2019, in that case.

### **Status of Discovery**

The parties have exchanged written discovery and both parties are due to produce written discovery responses.

Depositions of Plaintiffs: Plaintiffs reside in the state of Yucatán, Mexico. Defendants noticed Plaintiffs depositions to coincide with the August 22, 2018, settlement conference in this case, on the assumption they would attend the conference. Plaintiffs did not attend the conference and the parties agreed to take those depositions off calendar. After learning from Plaintiffs' counsel that it would take approximately six weeks to obtain visas to bring the Plaintiffs to San Francisco for depositions, and after agreeing that the parties would seek a further continuance of certain discovery, Defendants noticed the depositions of the Plaintiffs to occur in San Francisco on October 16 and October 17.

Depositions of Defendants: Plaintiffs have noticed depositions of the Defendant Officers and certain "PMK" depositions. The parties have taken those depositions off calendar due to Mr. Connolly's unavailability, and are meeting and conferring about potential dates in mid-October.

Depositions of Witnesses: In addition to the depositions of the parties themselves, the parties intend to depose certain third-party witnesses.

**Status of Settlement**

The parties attended a settlement conference before the Hon. Magistrate Robert M. Illman on August 22, 2018. The parties were unable to reach a settlement in the case.

**Proposed New Dates:**

In light of the new trial date in *Woods (*April 1, 2019), and Mr. Connolly's unavailability, the parties propose continuing the trial date to a later date sometime in 2019. The parties are available for jury trial in October, November or December of 2019.

IT IS SO STIPULATED:

Dated:  September 18, 2018              **LAW OFFICES OF JOHN L. BURRIS**

By:  */s/ Adante D. Pointer*
    ADANTE D. POINTER
    Attorneys for Plaintiffs

Dated:  September 18, 2018

                DENNIS J. HERRERA
                City Attorney
                CHERYL ADAMS
                Chief Trial Deputy
                SEAN F. CONNOLLY
                REBECCA A. BERS
                Deputy City Attorneys


By:        */s/  Cheryl Adams*
    CHERYL ADAMS

    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, ET AL