1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  SEAN F. CONNOLLY, State Bar #152235
   REBECCA A. BERS, State Bar #287111
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3863 [Connolly]
   Telephone:    (415) 554-4224 [Bers]
7  Facsimile:    (415) 554-3837
   Email:        sean.connolly@sfcityatty.org
8  Email:        rebecca.bers@sfcityatty.org

9

   Attorneys for Defendants
10 CITY AND COUNTY OF SAN FRANCISCO,
   OFFICER MICHAEL MELLONE, AND
11 SGT. NATE STEGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELIA DEL CARMEN MAY CAN, an individual, ROSANA GUADALUPE GONGORA MAY, an individual, LUIS RODOLFO GONGORA MAY, an individual, ANGEL DE JESUS MAY, an individual, as individuals and co-successors-in-interest to Decedent LUIS DEMETRIO GONGORA PAT,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; MICHAEL MELLONE, individually and in his capacity as a City of San Francisco Police Officer; NATE STEGER, individually and in his capacity as a City of San Francisco Police Sergeant; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 16-cv-05771 JCS<br><br>**STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES; [~~PROPOSED~~] ORDER**<br><br>Trial Date:     October 21, 2019 |

PURSUANT TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiffs FIDELIA DEL CARMEN MAY CAN, et al, and Defendants CITY AND COUNTY OF SAN FRANCISCO, et al, through their counsel of record, that the pre-trial order should be set as follows:

| Deadline | Proposed Date |
|---|---|
| Outstanding written discovery responses | October 4, 2018 |
| Fact Discovery Cut-Off (Deposition and IME Only) | January 31, 2019 |
| Expert Disclosure Date | February 8, 2019 |
| Rebuttal Expert Disclosure Date | February 22, 2019 |
| Expert Discovery Cut-Off | March 15, 2019 |
| MSJ/Daubert Motion Filing Deadline | May 10, 2019 |
| MSJ/Daubert Opposition | May 24, 2019 |
| MSJ/Daubert Reply | May 31, 2019 |
| Dispositive/Daubert Motions Hearing Date | July 19, 2019 |
| Exchange Motions in Limine (per pretrial order) | September 11, 2019 |
| File Joint Pretrial Documents (per pretrial order) | September 11, 2019 |
| Oppositions to Motions in Limine (per pretrial order) | September 20, 2019 |
| Objections to Exhibits (per pretrial order) | October 1, 2019 |
| Pretrial Conference (per Dkt. 71) | October 11, 2019 |
| Trial Date (per Dkt. 71) | October 21, 2019 |

Although the Court specified that dispositive motions must be heard not less than 90 days before the pretrial conference, the parties request a minor accommodation to that requirement to insure that Mr. Pointer will be available for the hearing. Mr. Pointer is scheduled to begin trial in another matter on July 8, 2019, and expects to be unavailable on July 12, 2019 (90 days before the pretrial

conference), but available by July 19, 2019.

The parties further advise the Court that Judge Illman has set a status call for Wednesday, October 10, 2018, at which time the parties expect to agree on a date for a further settlement conference. (See Dkt. No. 73.)

Dated: October 5, 2018

                                          DENNIS J. HERRERA
                                          City Attorney
                                          CHERYL ADAMS
                                          Chief Trial Attorney
                                          SEAN F. CONNOLLY
                                          REBECCA A. BERS
                                          Deputy City Attorney

                                  By: */s/ Rebecca A. Bers*
                                          REBECCA A. BERS

                                          Attorneys for Defendants
                                          CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated: October 5, 2018

                                          LAW OFFICES OF JOHN L. BURRIS

                                  By: */s/ Adante Pointer*
                                          ADANTE POINTER

                                          Attorneys for Plaintiffs
                                          FIDELIA DEL CARMEN MAY CAN, et al.

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, pursuant to stipulation, IT IS HEREBY ORDERED that the Case Management and Pretrial Order dated January 10, 2018 is modified as follows:

Outstanding written Discovery Responses: October 4, 2018

Deadline to complete fact depositions: January 31, 2019

Disclosure of expert witnesses: February 8, 2019

Disclosure of rebuttal experts: February 22, 2019

Deadline to complete expert discovery: March 15, 2019

Hearing for dispositive motions: July 19, 2019

Dated: 10/09/2018

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Stip to Modify CM and Pretrial Order
Can, et al. v. CCSF, et al., No. 16-05771 JCS (RMI)
4
n:\lit\li2016\161073\01306476.docx