DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
REBECCA A. BERS, State Bar #287111
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863 (Connolly)
Telephone:     (415) 554-4224 (Bers)
Facsimile:     (415) 554-3837
E-Mail:        sean.connolly@sfcityatty.org
E-Mail:        rebecca.bers@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER MICHAEL MELLONE, AND
SGT. NATE STEGER


JOHN L. BURRIS, Esq. SBN 69888
ADANTÉ D. POINTER Esq. SBN 236229
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
dewitt.lacy@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELIA DEL CARMEN MAY CAN, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.<br><br>Defendants. | Case No. 16-cv-05771 JCS<br><br>**JOINT FURTHER CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br><br>Hearing Date:  February 22, 2019<br>Time:          2:00 p.m.<br>Place:         Courtroom G, 15th Floor<br><br>Trial:         October 21, 2019 |

**Procedural History**

The allegations in this lawsuit arise out of an incident that occurred on April 7, 2016. On or about October 9, 2018, the Court modified its case management order and set a jury trial for October 21, 2019. Dkt. 76. A settlement conference was held on January 9, 2019, before Magistrate Judge Beeler. At the settlement conference, the parties were able to reach a settlement conditioned upon dismissal of all allegations. Dkt. 87. The terms of settlement were ordered confidential pending approval of the Board of Supervisors.

The City Attorney's Office is in the process of preparing settlement documents and forwarding to the appropriate departments. Defendants' best estimate is, contingent upon the approval of the various departments, commissions, sub-committees, and Board, the case should be fully resolved in approximately 120-150 days. This is only an estimate.

On February 4, 2019, attorney, Casillas & Associates, filed a lien for their fees and costs.

The parties request the Case Management Conference be continued for one hundred and twenty (120) days to enable the parties to finalize settlement and to file a stipulated dismissal.

IT IS SO STIPULATED:

Dated: February 21, 2019       **LAW OFFICES OF JOHN L. BURRIS**

By: */s/ Adante D. Pointer*
ADANTE D. POINTER
Attorneys for Plaintiffs

Dated: February 21, 2019       DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
SEAN F. CONNOLLY
REBECCA A. BERS
Deputy City Attorneys

By: */s/ Sean F. Connolly*
SEAN F. CONNOLLY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL

## **[PROPOSED] ORDER**

GOOD CAUSE APPEARING, pursuant to stipulation, IT IS HEREBY ORDERED that the Further Case Management Conference currently set for February 22, 2019 is reset to June 21, 2019 at 2:00 p.m.

Dated: _____

                                                _____
                                                HONORABLE JOSEPH C. SPERO
                                                UNITED STATES MAGISTRATE JUDGE